JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THEODORE MILLENDER, | ) | NO. CV 11-8074 JFW (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JAMES YATES, Warden, P.V.S.P., | ) | |
| Respondent. | ) | |

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: October 6, 2011.

                                              JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE